UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DIAMOND RESORTS CORPORATION, a Maryland corporation, <br><br> Plaintiff, <br><br> v. <br><br> MUTUAL RELEASE CORPORATION a/k/a 417 MRC LLC, a Missouri limited liability Company; DAN CHUDY, an individual; MATTHEW TUCKER, an individual; JOSEPH DICKLEMAN, an individual; THERESE BROOKE PIAZZA, an individual; NATHANIEL TYLER, an individual; SHELIA WOOD, an individual; CLS, INC. d/b/a ATLAS VACATION REMEDIES and also d/b/a PRINCIPAL TRANSFER GROUP, a Missouri corporation; DONNELLY SNELLEN, an individual; and JASON HEMINGWAY, an individual, <br><br> Defendants. | Case No.: 6:18-cv-03053-MDH |

**DEFENDANT JASON HEMINGWAY'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT JASON HEMINGWAY**

COMES NOW Defendant Jason Hemingway, and for his supplemental responses to Plaintiff's first interrogatories states as follows:

1. Please state the name, address, phone number and title, if applicable, of all persons furnishing information or otherwise assisting in the preparation of the Answer to these Interrogatories.

RESPONSE: Jason Hemingway. I may be contacted through my attorney, M. Scott Montgomery, 901 E. St. Louis Street, Suite 1200, Springfield, MO 65806, 417-887-4949; human male.

Exhibit A

2. Please identify any and all business entities in which you have an ownership interest, when you acquired that interest, describe the type of services each entity provides, and state whether any other named Defendant in this action owns, works for, or otherwise provides services to that entity.

RESPONSE: **Objection** - overly broad, irrelevant, unlikely to lead to discovery of admissible evidence, and served upon me pursuant to Rules of Civil Procedure of the State of Florida. Without waiving said objection, ITGOE, LLC, August 2018, retail sales shops having absolutely nothing to do with timeshares or timeshare exits, Donnelly Snellen is the manager; H & M Rentals, LLC, April 2018, real estate acquisition and management, no other defendant owns, works for, or otherwise provides any services to that entity; 417 Print Shop LLC, August 2018, printing for hire, no other defendant owns, works for, or otherwise provides any services ; Principal Transfer Group, LLC, October 2017, timeshare transfer, no other defendant owns, works for, or otherwise provides services; Capital Transfer Group, Inc., formed July 2017, dissolved February 2018, no business ever conducted, no other defendant owns, works for, or otherwise provides services.

3. Please identify all payments you have received from any of the defendants in the action since January 1, 2018, and for each payment, state who paid you and what services you provided in exchange for the payment.

RESPONSE: No Defendant has made a payment to me.

4. Please identify each Diamond customer who you have represented in connection with their timeshare contract and for each customer provide the date they hired you, what result you obtained for that customer (ex. negotiated cancellation of the contract, contract was foreclosed, contract or deed transferred to another party, etc.), the date that result was obtained, the amount you were paid by the customer, and if a deed or contract was transferred to another party, identify that party.

RESPONSE: I haven't represented any Diamond customers. I am currently the sole owner of the membership units of Principal Transfer Group, LLC, which has not been sued in this case, but has been sued by the Shutts Bowen attorneys in Florida. This LLC has done work to attempt to effect the transfer of timeshares owned by Diamond owners. No customer has hired me and no results were obtained. No amounts were paid to me. No deeds or contracts were transferred by me.

5. If you have referred any timeshare owners to another person or entity that provides services related to timeshares, please identify the person referred and to whom they were referred, including for each their name and last known address and phone number. The answer should include each law firm, attorney, person, or other entity that provides any services related to timeshares.

RESPONSE: I have not referred anyone. To the extent that this interrogatory refers to communications between me and my attorneys, I object and assert the attorney-client privilege.

6. State whether you have ever been convicted of any crime, and if so, for each conviction, provide (a) the court in which the charges were brought, including the case no.; (b) the

charge(s); (c) the charges you were convicted of; and (d) the sentence, fine, or other punishment imposed. Conviction should be construed to include any plea agreements.

RESPONSE: Yes

    (a) Circuit Court of Christian County

    (b) Stealing over $25,000.

    (c) Same as (b)

    (d) 120-day shock, 10-year backup