## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

DIAMOND RESORTS CORPORATION, a Maryland corporation,

       Plaintiff,

v.

MUTUAL RELEASE CORPORATION a/k/a 417 MRC LLC, a Missouri limited liability company; DAN CHUDY, an individual; MATTHEW TUCKER, an individual; JOSEPH DICKLEMAN, an individual; THERESE BROOKE PIAZZA, an individual; NATHANIEL TYLER, an individual; SHEILA WOOD, an individual; CLS, INC. d/b/a ATLAS VACATION REMEDIES and also d/b/a PRINCIPAL TRANSFER GROUP, a Missouri corporation; DONNELLY SNELLEN, an individual; and JASON LEVI HEMINGWAY, an individual,

       Defendants.

Case No.: 6:18-cv-03053-MDH

## STIPULATED FINAL PERMANENT INJUNCTION ORDER
## AS TO DEFENDANT MUTUAL RELEASE CORPORATION a/k/a 417 MRC LLC

This cause having come to be heard upon the Joint Stipulation of Plaintiff, DIAMOND RESORTS CORPORATION ("Diamond") and Defendant MUTUAL RELEASE CORPORATION a/k/a 417 MRC LLC ("MRC") (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 65(d), for entry of this Stipulated Final Permanent Injunction Order ("Permanent Injunction"), and the parties having further jointly stipulated (as detailed below) and incorporate the following stipulations herein:

1.      DIAMOND RESORTS CORPORATION filed a Sealed Amended Complaint [DE 64] against numerous Defendants in the United States District Court for the Western District of Missouri, styled *Diamond Resorts Corporation, v. Mutual Release Corporation, et. al.,* Case No.: 6:18-cv-03053-MDH  (the "Litigation").

2.      A month prior, the Court entered a Stipulated and Agreed Preliminary Injunction Order [DE 54] ("Preliminary Injunction").

3.      The Parties now stipulate to the entry of this Permanent Injunction to resolve all matters in dispute in this Litigation between them.

4.      MRC acknowledges the jurisdiction of this Court for purposes of entering and enforcing this Permanent Injunction, and waives:

    a.  Any further procedural steps;

    b.  Any requirement that this Permanent Injunction contain any findings of fact or conclusions of law; and

    c.  Any right to appeal, seek judicial review or otherwise challenge or contest the validity of this Permanent Injunction.

5.      MRC acknowledges and agrees that he enters into this Permanent Injunction knowingly and willfully and with full understanding of its terms, having reviewed them after due consideration with counsel, whom he further acknowledges and agrees has represented him competently in this proceeding.

## <u>PROHIBITIONS</u>

Based on the stipulations herein, it is hereby **ORDERED AND ADJUDGED** that Defendant, MUTUAL RELEASE CORPORATION a/k/a 417 MRC LLC, along with its respective business partners, officers, agents, successors, assigns, servants, employees, co-workers, attorneys and those persons acting in active concert or participation with them who

receive actual notice of this Permanent Injunction, shall be PERMANENTLY RESTRAINED AND ENJOINED from the following as to DIAMOND RESORTS CORPORATION, its parents, subsidiaries, affiliates, and/or related entities (collectively, from hereon in, "Diamond"):

      a.    Contacting, advertising, soliciting or inducing any Diamond timeshare owner (including, without limitation, any owner, member, and/or renters (whether or not members, or those staying at Diamond properties who have not yet purchased a Diamond timeshare interest)) of any timeshare interest, regardless of the form, in (i) any resort listed on the attached **Exhibit "1",** (ii) any resort acquired or developed by Diamond or any of its subsidiaries after the entry of this Permanent Injunction Order, or (iii) any owner of a points-based timeshare ownership program denominated as a Diamond Resorts™ points-based program ("Diamond Timeshare Owners") for cancellation, resale, or transfer of their timeshare contracts, timeshare memberships, and/or timeshare interests, including without limitation, the sale of any points-based timeshare interests in a competing travel club;

      b.    Contacting and having any communication, written or otherwise, with any Diamond Customer[1] for any purpose related to cancellation, transfer, or rental of their timeshare interest;

      c.    Providing any Diamond Timeshare Owners with correspondence or draft correspondence to send to Diamond, regulatory agencies, governmental entities, or consumer advocacy group regarding their Diamond timeshare ownership;

      d.    Telling Diamond Timeshare Owners to stop paying their loans and/or maintenance fees and/or other debts to Diamond;

---

[1] For purposes of this injunction, Diamond Customer shall mean any individual who is a Diamond Timeshare Owner and/or an individual who is a customer, renter or a patron of a Diamond Resorts™ property, especially any of those resorts listed on the attached Exhibit 1.

e.    Soliciting the Diamond Timeshare Owners to breach their timeshare contracts;

f.    Contacting or having any communication, written or otherwise, with any Diamond Employee[2] for any purpose related to obtaining Diamond Customer information, or for any purpose related to timeshare cancellation, transfer, or rental;

g.    Wrongfully obtaining or attempting to obtain Diamond's Confidential, Information[3] and/or trade secrets, and/or otherwise using that Confidential Information or those secrets for any purpose whatsoever;

h.    Transmitting, releasing, disclosing, sharing, distributing or otherwise providing to any other person or entity Diamond's confidential, proprietary information and/or trade secrets including Diamond Customer lists, check-in lists, sales records, or other internal Diamond documents, regardless of where such information was obtained;

---

[2] For purposes of this injunction, Diamond Employee shall mean any employee of Diamond. This includes any employee of a Diamond Resorts™ property listed on Exhibit 1, or any third party contracted at a Diamond Resorts™ property, the corporate offices or Diamond Resorts™ or any affiliates, and/or related entities that may have access to Diamond Customers' information.

[3] Confidential Information includes, but is not limited to, all information not generally known to the public, in spoken, printed, electronic or any other form or medium, relating directly or indirectly to: business processes, practices, methods, policies, plans, publications, documents, research, operations, services, strategies, techniques, agreements, contracts, terms of agreements, transactions, potential transactions, negotiations, pending negotiations, know-how, trade secrets, computer programs, computer software, applications, operating systems, software design, web design, work-in-process, databases, manuals, records, articles, systems, material, sources of material, supplier information, vendor information, financial information, results, accounting information, accounting records, legal information, marketing information, advertising information, pricing information, credit information, design information, payroll information, staffing information, personnel information, Team Member lists, supplier lists, vendor lists, developments, reports, internal controls, security procedures, technological innovations, passwords, system configuration, security codes (including but not limited to software and computer programs, in any stage of development), graphics, drawings, sketches, market studies, sales information, revenue, costs, formulae, notes, communications, algorithms, product plans, designs, styles, models, ideas, audiovisual programs, inventions, unpublished patent applications, original works of authorship, discoveries, experimental processes, experimental results, specifications, customer information, customer lists, client information, client lists, owner lists, owner information, manufacturing information, distributor lists, and buyer lists, of Diamond or its businesses or any current or future customer, supplier, investor, or other associated third party, or of any other person or entity that has entrusted information to Diamond in confidence.

i.      Representing or implying to Diamond Customers that Defendants have a potential buyer for their Diamond timeshare interests;

j.      Engaging in any advertising or communication in any form and via any manner whatsoever, that mentions Diamond, its parent, sister, and subsidiary entities;

k.      Stating, advertising, or implying that Defendants are competent to provide legal services to Diamond Timeshare Owners;

l.      Referring any Diamond Timeshare Owners to any person or entity for any purpose related to travel club services, cancellation, transfer, rental, or other disposition of their timeshare interest;

m.      Receiving or paying any fees or compensation with respect to the cancellation or transfer of any Diamond Timeshare Owners' timeshare interest, and/or otherwise referring these matters to any person or entity;

n.      Soliciting or otherwise encouraging any other person or entity to perform any of the acts prohibited by this Injunction in paragraphs (a)-(m).

## DIAMOND'S CONFIDENTIAL BUSINESS INFORMATION

Within five (5) business days following entry of this Permanent Injunction, Defendant shall return Diamond Customer lists, check-in lists, sales records, or other internal Diamond documents, that may be in the possession, custody or control of any Defendant or any Defendant's agents, successor, assigns, representatives, affiliates, those acting at any Defendant's direction and/or those acting in concert with any Defendant.

## DEFENDANTS' NOTICE REQUIREMENT

Within five (5) business days following entry of this Permanent Injunction, Defendant shall provide a copy of this Permanent Injunction to any of their respective business partners, officers,

agents, successors, assigns, servants, employees, co-workers, attorneys and those persons acting in active concert or participation with them in providing any cancellation, resale, transfer or other exit services related to timeshare interests.

In the event that Defendant is at any time contacted by any Diamond Timeshare Owner regarding cancellation, resale or transfer of their timeshare contracts, memberships, and/or interests, such Defendant shall immediately notify DIAMOND RESORTS CORPORATION and its legal counsel and provide a copy of any correspondence received from such Diamond Timeshare Owner.[4]

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that:

Defendant is notified that any act in violation of any of the terms hereof may be considered and prosecuted as contempt of this Court.

This Court retains jurisdiction for purposes of enforcement and to ensure compliance with this Permanent Injunction Order. In any proceeding before this Court to enforce this Permanent Injunction, Defendant hereby stipulates and agrees to waive any right to trial by jury.

**IT IS SO ORDERED.**

DATED: May 2, 2019

*/s/ Douglas Harpool*
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**

---

[4] Notice to DIAMOND RESORTS CORPORATION and its legal counsel shall be deemed given and effective so long as such written notice is sent via U.S. Mail and email to: Diamond Resorts International, Inc., Attn: Corrine Gaxiola, VP and Associate General Counsel, 10600 West Charleston Boulevard, Las Vegas, Nevada 89135; Corrine.gaxiola@diamondresorts.com; and Alfred J. Bennington, Shutts & Bowen, LLP, 300 South Orange Avenue, Suite 1600, Orlando, Florida 32801; bbennington@shutts.com.

# EXHIBIT 1

# ALL DIAMOND MANAGED & AFFILIATES

## EUROPE & AFRICA

| RESORT | LOCATION |
|---|---|
| Appartements Rothensteiner | Wien, Austria |
| Avalon Springs | Western Cape, SOUTH AFRICA |
| Balkan Jewel | Blagoevgrad, BULGARIA |
| Billesley Manor Hotel | Stratford, England |
| Broome Park Mansion | Kent, ENGLAND |
| Breakers Resort | KwaZulu-Natal, SOUTH AFRICA |
| Burnside Park | Cumbria, ENGLAND |
| Champagne Sports Resorts | KwaZulu-Natal, SOUTH AFRICA |
| Dorsett Shepherds Bush | London, UK |
| Gålå Fjellgrend | Gudbrandsdalen, NORWAY |
| Holiday Club Schloesslhof | Tirol, AUSTRIA |
| Holiday Club Siesta | Tirol, AUSTRIA |
| Il Cavaliere de Charme | Sicily, Italy |
| Hotel Stabia | Castellammare di Stabia, Italy |
| Jackalberry Ridge | Mpumalanga, SOUTH AFRICA |
| Mondi-Holiday Hotel Bellevue | Salzburg, AUSTRIA |
| Mondi-Holiday Hotel Grundlsee | Steiermark, AUSTRIA |
| Mondi-Holiday Hotel Oberstaufen | Bayern, GERMANY |
| Mondi-Holiday Hotel Tirolensis | Bolzano, ITALY |
| Park Hotel Villa Giustinian | Venice, Italy |
| Pestana Alvor Park | Algarve, PORTUGAL |
| Pestana Grand | Madeira, PORTUGAL |
| Pestana Miramir | Madeira, PORTUGAL |
| Pestana Palms Resort | Madeira, PORTUGAL |
| Pestana Porches | Algarve, PORTUGAL |
| Pestana Village Resort | Madeira, PORTUGAL |
| Royal Reserve Safari and Beach Club | Nr Mombasa, SOUTH AFRICA |
| Shrigley Hall Hotel | Shrigley, England |
| Stouts Hill | Gloucestershire, ENGLAND |
| The Grand at Trafalgar | London, UK |
| The Imperial Blackpool | Blackpool, England |
| The Peninsula | Cape Town, SOUTH AFRICA |
| Wilderness Dunes | Western Cape, SOUTH AFRICA |

## EUROPE & AFRICA

| RESORT | LOCATION |
|---|---|
| Alvechurch Marina | Worcestershire, ENGLAND |
| Anderton Marina | Chesire, ENGLAND |
| Angel Hotel | Cardiff, South Glamorgan |

| | |
|---|---|
| Blackwater Marina | Shropshire, ENGLAND |
| Broome Park Golf and Country Club | Kent, ENGLAND |
| Broome Park Mansion House | Kent, ENGLAND |
| Cala Blanca | Gran Canaria, SPAIN |
| Club del Carmen | Lanzarote, CANARY ISLANDS |
| Cromer Country Club | Norfolk, ENGLAND |
| Dangan Lodge Cottages | County Clare, IRELAND |
| Diamond Suites on Malta | St. Julians, MALTA |
| East Clare Golf Village | County Clare, IRELAND |
| Fisherman's Lodge | County Clare, IRELAND |
| Garden Lago | Majorca, BALEARIC ISLANDS |
| Gayton Marina | Northamptonshire, ENGLAND |
| Grand Leoniki Resort | Crete, Greece |
| Jardines del Sol | Lanzarote, CANARY ISLANDS |
| La Rèsidence Normande | Connelles, FRANCE |
| Le Club Mougins | Mougins, FRANCE |
| Le Manoir des Deux Amants | Connelles, FRANCE |
| Leoniki Residence Resort | Crete, Greece |
| Los Amigos Beach Club | Costa del Sol, SPAIN |
| Majestic Hotel Harrogate | Harrogate North, Yorkshire |
| Old Ship Hotel Brighton | Brighton, East Sussex |
| Palazzo Catalani | Soriano nel Cimino, ITALY |
| Palazzo II | Soriano nel Cimino, ITALY |
| Pine Lake Resort | Lancashire, ENGLAND |
| Royal Oasis Club at Benal Beach | Benalmadena Costa, Malaga |
| Redworth Hall Hotel | Redworth County, Durham |
| Royal Oasis Club at Pueblo Quinta | Costa del Sol, SPAIN |
| Royal Regency | Paris-Vincennes, FRANCE |
| Royal Sunset Beach Club | Tenerife, CANARY ISLANDS |
| Royal Tenerife Country Club | Tenerife, CANARY ISLANDS |
| Sahara Sunset | Costa del Sol, SPAIN |
| Santa Barbara Golf & Ocean Club | Tenerife, CANARY ISLANDS |
| Stirling Highland Hotel | Stirling, Stirlingshire |
| Sun Beach Holiday Club | Rhodes, Greece |
| Sunset Bay Club | Tenerife, CANARY ISLANDS |
| Sunset Harbour Club | Tenerife, CANARY ISLANDS |
| Sunset View Club | Tenerife, CANARY ISLANDS |
| The Alpine Club | Schladming, AUSTRIA |
| The Lygon Arms | Broadway, Worchestire |
| The Kenmore Club | Perthshire, SCOTLAND |
| The Village Holiday Club | Crete, Greece |
| The Walton Apartments | Wellesbourne, Warwichkire |
| Thurnham Hall | Lancashire, ENGLAND |
| Thurnham Hall Tarnbrook | Lancashire, ENGLAND |
| Vilar do Golf | Algarve, PORTUGAL |
| Village Heights Golf Resort | Crete, Greece |
| White Sands Beach Club | Menorca, BALEARIC ISLANDS |
| Woodford Bridge Country Club | Devon, ENGLAND |

| Worcester Marina | Worcestershire, ENGLAND |
|---|---|
| Wychnor Park Country Club | Staffordshire, ENGLAND |
| Norwegian Baltic Capitals Cruise | |

## ASIA & AUSTRALIA

| RESORT | LOCATION |
|---|---|
| Agora Fukuoka Hilltop Hotel & Spa | Fukuoka, JAPAN |
| Agora Place Asakusa | Taito, JAPAN |
| Anantara Vacation Club at Anantara Bangkok Sathorn | Bangkok, THAILAND |
| Anantara Vacation Club Bali Seminyak | Bali, INDONESIA |
| Anantara Vacation Club Bophut Koh Samui | Surat Thani, THAILAND |
| Anantara Vacation Club Phuket Mai Khao | Phuket, THAILAND |
| Anantara Vacation Club at Oak Shores | Otago, NEW ZEALAND |
| Anantara Vacation Club Sanya | Sanya Hainan, CHINA |
| Astral Residences | Sydney, Australia |
| Astral Towers | Sydney, Australia |
| Beach House Seaside Resort | Coolangatta, QLD, AUSTRALIA |
| Bellbrae Country Club | Victoria, AUSTRALIA |
| Dorsett Wanchai Hong Kong | Wan Chai, HONG KONG |
| Cosmo Hotel Hong Kong | Wan Chai, HONG KONG |
| Darling Hotel | Sydney, Australia |
| Dorsett Mongkok | Kowloon, HONG KONG |
| Damas Suites & Residence | Kuala Lumpur, MALAYSIA |
| Dorsett Grand Chengdu | Chengdu, CHINA |
| Dorsett Grand Labuan | Labuan, MALAYSIA |
| Dorsett Grand Subang | Subang Jaya, MALAYSIA |
| Dorsett Kwun Tong | Kwun Tong, HONG KONG |
| Dorsett Regency Kuala Lumpur | Kuala Lampur, MALAYSIA |
| Dorsett Regency Wuhan | Wuhan, CHINA |
| Dorsett Shanghai | Shanghai, CHINA |
| Dorsett Singapore | Singapore, SINGAPORE |
| Dorsett Tsuen Wan | Tsuen Wan, HONG KONG |
| HNA Beach & Spa Resort Haikou | Haikou, China |
| HNA Business Hotel Downtown | Haikou, China |
| HNA Grand Hotel West Beijing | Beijing, China |
| HNA Resort Huagang Hangzhou | Hangzhou, China |
| HNA Resort Spa & Golf Xinlong | Xinlong, China |
| HNA Resort Sanya | Sanya, China |
| HNA Resort Yunqi Hangzhou | Hangzhou, China |
| Hotel AGORA Osaka Moriguchi | Moriguchi, , JAPAN |
| Hotel Agora Regency Sakai | Sakai, JAPAN |
| Imaiso Hotel & Hot Springs | Kawazu, JAPAN |
| The Star Gold Coast | Gold Coast, Australia |
| Jukaso Royal Mansion | Mussoorie, India |

| | |
|---|---|
| **Jupiters Hotel and Casino** | **Broadbeach, Australia** |
| **Lan Kwai Fong Hotel** | **Central, HONG KONG** |
| **Lushan Resort** | **Jiujiang, China** |
| **Mt Martha Valley Resort** | **Victoria, AUSTRALIA** |
| **Nanzanso Hotel & Hot Springs** | **Izunokuni, JAPAN** |
| **Nojiriko Hotel EL BOSCO** | **Kamiminochi-gun , JAPAN** |
| **Oncri Hotel & Hot Springs** | **Saga, JAPAN** |
| **Regalia Residence** | **Kuala Lumpur, Malaysia** |
| **Royal Bali Beach Club at Candidasa** | **Bali, INDONESIA** |
| **Royal Bali Beach Club at Jimbaran Bay** | **Bali, INDONESIA** |
| **Royal Bella Vista Country Club at Chiang Mai** | **Chiang Mai, THAILAND** |
| **Royal Goan Beach Club at Haathi Mahal** | **Salcette, INDIA** |
| **Royal Goan Beach Club at MonteRio** | **Bardez, INDIA** |
| **Royal Goan Beach Club at Royal Palms** | **Benaulin, INDIA** |
| **Royal Lighthouse Villas at Boat Lagoon** | **Phuket, THAILAND** |
| **Silka Cheras** | **Kuala Lumpur, MALAYSIA** |
| **Silka Far East** | **Tsuen Wan, HONG KONG** |
| **Silka Johor Bahru** | **Johor Bahru, MALAYSIA** |
| **Silka Maytower Hotel & Serviced Apartments** | **Kuala Lampur, MALAYSIA** |
| **Silka Sea View** | **Kowloon, HONG KONG** |
| **Silka West Kowloon** | **Kowloon, HONG KONG** |
| **Tamarind Sands** | **New South Wales, AUSTRALIA** |
| **Treasury Hotel** | **Brisbane, Australia** |
| **Tangla Hotel Beijing** | **Beijing, China** |
| **Tangla Hotel Tianjin** | **Tianjin, China** |
| **Tangla Hotel Sanya** | **Sanya, China** |
| **Tiki Village International Resort** | **Surfers Paradise, QLD, AUSTRALIA** |
| **Vacation Village Resort** | **Port Macquarie, NSW, AUSTRALIA** |

# NORTH, CENTRAL & SOUTH AMERICA

| RESORT | LOCATION |
|---|---|
| **AKA Times Square** | **New York, NY** |
| **Allegro Playacar Resort** | **Riviera Maya, MEXICO** |
| **Allegro Cozumel Resort** | **Riviera Maya, MEXICO** |
| **All Seasons Resort** | **St. James, Barbados** |
| **Alyeska Resort** | **Girdwood, Alaska** |
| **Auberge Du Vieux-Port** | **Montreal, Canada** |
| **Azul Beach Resort Riviera Maya** | **Quintana Roo, Mexico** |
| **Azul Beach Fives Playa del Carmen** | **Quintana Roo, Mexico** |
| **Azul Beach Resort Sensatori Mexico** | **Quintana Roo, Mexico** |
| **The Beach Club Resort** | **British Columbia, Canada** |
| **Beachside Village Resort** | **Falmouth, Massachusetts** |
| **Belmond Charleston Place** | **Charleston, South Carolina** |
| **Blackbird Lodge** | **Leavenworth, Washington** |

| | |
|---|---|
| Blue Ridge Village | Banner Elk, North Carolina |
| Cabo Villas Beach Resort | Cabo San Lucas, MEXICO |
| Capistrano Surfside Inn | Capistrano Beach, California |
| Church Street Inn | Charleston, South Carolina |
| Clock Tower | Whistler, Canada |
| Club Geo Premier | Quebec, Canada |
| Club Quarters Rockefeller Center | New York, NY |
| Club Quarters San Francisco | San Francisco, CA |
| Coconut Mallory Resort and Marina | Key West, Florida |
| Coconut Malorie | Ocean City, Maryland |
| Coconut Palms Beach Resort | New Smyrna Beach, Florida |
| Cove at Yarmouth | Yarmouth, Massachusetts |
| Desert Isle of Palm Springs | Palm Springs, California |
| Dunes Village Resort | Myrtle Beach, South Carolina |
| Eagle Point Resort | Vail, Colorado |
| Edgewater Beach Resort | Dennis Port, Massachusetts |
| El Dorado Royale | Cancun, MEXICO |
| El Dorado Seaside | Cancun, MEXICO |
| Elkhorn Resort | Sun Valley, Idaho |
| Ellington at Wachesaw Plantation | Murrells Inlet, South Carolina |
| Embarcadero | Newport, Oregon |
| Ermitage du Lac | Quebec, Canada |
| Evolution | Whistler, Canada |
| Expedition Station | Snowshoe, West Virginia |
| Fairmont Banff Springs | Banff, Canada |
| Fairmont Chateau Lake Louise | Alberta, Canada |
| Fairmont Chateau Whistler | Whistler, Canada |
| Fairmont Jasper Park Lodge | Jasper, Canada |
| Fairmont Le Chateau Fontenac | Quebec, Canada |
| Fairmont Le Chateau Montebello | Quebec, Canada |
| The Fairmont Royal York | Toronto, Cananda |
| Fairway Forest Resort | Sapphire, North Carolina |
| Fairway Villa | Honolulu, Hawaii |
| Falcon Point Resort | Avon, Colorado |
| Firelight Lodge | Silver Star Mountain, Canada |
| First Tracks Lodge | Whistler, Canada |
| Founders Pointe & Fraser Crossing | Winter Park, Colorado |
| Franz Klammer Lodge | Telluride, Colorado |
| Frenchmen Orleans Resort | New Orleans, Louisiana |
| Gatlinburg Town Square | Gatlinburg, Tennessee |
| Gatlinburg Town Village | Gatlinburg, Tennessee |
| GeoHolidays at Pueblo Real | Quepos, COSTA RICA |
| GeoHolidays Heights at Lac Morency | St. Hippolyte, CANADA |
| Glacier Mountaineer Lodge | British Columbia, Canada |
| Grand Luxxe Nuevo | Nuevo Vallarta, Mexico |
| Grand Luxxe Riviera | Playa del Carmen, Mexico |
| Grand Mayan Nuevo | Nuevo Vallarta, Mexico |
| Grand Mayan Riviera | Riviera Maya, MEXICO |

| | |
|---|---|
| **Grand Pacific at Alii Kai** | **Kauai, Hawaii** |
| **Grand Pacific at Carlsbad Inn Beach Resort** | **Carlsbad, California** |
| **Grand Pacific at Carlsbad Seapointe Resort** | **Carlsbad, California** |
| **Grand Pacific at Channel Island Shores** | **Oxnard, California** |
| **Grand Pacific at Coronado Beach Resort** | **Coronado, California** |
| **Grand Pacific at Hanalei Bay Resort** | **Kauai, Hawaii** |
| **Grand Pacific at Southern California Beach Club** | **Oceanside, California** |
| **Grand Pacific at Red Wolf Lodge** | **Olympic Valley, California** |
| **Grand Pacific at RiverPointe Napa Valley** | **Napa, California** |
| **Grand Pacific Palisades Resort and Hotel** | **Palisades, California** |
| **Grand Pacific Resorts – Mountain Resorts** | **Arnold, California** |
| **Grand Palladium Bavaro** | **Punta Cana, Dominican Republic** |
| **Grand Palladium Imbassaí Resort & Spa** | **NR Salvador, BRAZIL** |
| **Grand Palladium Jamaica Resort and Spa** | **Lucea, JAMAICA** |
| **Grand Palladium Kantenah Resort and Spa** | **Riviera Maya, MEXICO** |
| **Grand Palladium Punta Cana Resort & Spa** | **Dominican Republic, Caribbean** |
| **Grand Palladium Vallarta Resort & Spa** | **Puerto Vallarta, MEXICO** |
| **Grand Sirenis Riviera Maya Hotel & Spa** | **Cancun, MEXICO** |
| **Great Wolf Lodge Charlotte-Concord** | **Concord, North Carolina** |
| **Great Wolf Lodge Cincinnati-Mason** | **Mason, Ohio** |
| **Great Wolf Lodge Grand Mound** | **Grand Mound, Washington** |
| **Great Wolf Lodge Grapevine** | **Grapevine, Texas** |
| **Great Wolf Lodge Kansas City** | **Kansas City, Missouri** |
| **Great Wolf Lodge Pocono Mountains** | **Poconos Mountains, Pennsylvania** |
| **Great Wolf Lodge New England** | **Fitchburg, MA** |
| **Great Wolf Lodge Sandusky** | **Sandusky, Ohio** |
| **Great Wolf Lodge Southern California** | **Graden Grove, California** |

# NORTH, CENTRAL & SOUTH AMERICA

| RESORT | LOCATION |
|---|---|
| **Atrium Resort** | **St. Maarten, Netherlands** |
| **Crescent Resort on South Beach** | **Miami Beach, Florida** |
| **Great Wolf Lodge Traverse City** | **Traverse City, Michigan** |
| **Great Wolf Lodge Williamsburg** | **Williamsburg, Virginia** |
| **Great Wolf Lodge Wisconsin Dells** | **Wisconsin Dells, Wisconsin** |
| **Hacienda Tres Rios Resort, Spa and Nature Park** | **Cancun, MEXICO** |
| **Harrison Hot Springs Resort & Spa** | **British Columbia, Canada** |
| **Hearthstone Lodge** | **Stratton, Vermont** |
| **Historic Snowbridge** | **Ontario, Canada** |
| **Honua Kai Resort & Spa** | **Maui, Hawaii** |
| **Hotel Boutique at Grand Central** | **New York, NY** |
| **Hotel Monaco Seattle** | **Seattle, Washington** |
| **Hotel Nelligan** | **Montreal, Canada** |
| **Hotel Pacific** | **Monterey, California** |
| **The Imperial Hawaii Vacation Club** | **Honolulu/Waikiki Oahu, Hawaii** |
| **Island Links Resort** | **Hilton Head Island, South Carolina** |
| **Ka'anapali Shores** | **Maui, Hawaii** |

| | |
|---|---|
| Kapaa Shore | Kauai, Hawaii |
| Ke Nani Kai | Molokai, HA |
| Kingsbury of Tahoe | Stateline, Nevada |
| Lagonita Lodge | Big Bear Lake, California |
| Laguna Suites Golf and Spa | Cancun, MEXICO |
| Lawai Beach Resort | Kauai, Hawaii |
| Legends | Whistler, Canada |
| Le Sommet de Neiges | Quebec, Canada |
| Lofts Du Vieux-Port | Montreal, Canada |
| Lodge at Lake Tahoe | South Lake Tahoe, California |
| Lodge de la Montagne | Quebec, Canada |
| London Bridge Resort | Lake Havasu City, Arizona |
| Long Beach Lodge Resort | British Columbia, Canada |
| Long Trail House | Stratton, Vermont |
| Lorien Hotel & Spa | Vancouver, Canada |
| Los Lagos at Hot Springs Village | Hot Springs Village, AR |
| Makai Club Resort | Kauai, Hawaii |
| Manteo Resort | British Columbia, Canada |
| The Marker San Francisco | San Francisco, CA |
| Mauna Lani Bay Hotel & Bungalows | Waimea, HI |
| The Meritage Resort & Spa | Napa, California |
| Mosaic at Blue | Ontario, Canada |
| Mountain Meadows | Pigeon Forge, Tennessee |
| Mountain Retreat | Arnold, California |
| Nickelodeon Punta Cana | Dominican Republic, Caribbean |
| Oasis Resort | Palm Springs, California |
| Occidental Grand Aruba Resort | Palm Beachm Aruba |
| Occidental Grand Cozumel Resort | Cozumel, Mexico |
| Occidental Grand Nuevo Vallarta Resort | Nuevo Vallarta, Mexico |
| Occidental Grand Papagayo Resort | Guanacaste, Costa Rica |
| Occidental Grand Punta Cana Resort | Punta Cana, Dominican Republic |
| Occidental Grand Xcaret Resort | Riviera Maya, MEXICO |
| Ocean Beach Club | New Smyrna Beach, Florida |
| Ocean Gate Resort | St. Augustine, Florida |
| Ocean Sands Beach Club | New Smyrna Beach, Florida |
| Ocean Spa Hotel | Cancun, MEXICO |
| Ocean Suites at Key Largo | Tavernier, FL |
| Paradise Harbour Club | Paradise Island, Bahamas |
| Place St-Bernard | Quebec, Canada |
| Panorama Resort | Panorama, Canada |
| Papakea Resort | Maui, Hawaii |
| The Parkside Hotel & Spa | British Columbia, Canada |
| Peppertree Atlantic Beach | Atlantic Beach, North Carolina |
| Peppertree Ocean Club | Myrtle Beach, South Carolina |
| Place D'Armes Hotel | Montreal, Canada |
| Plantation Hale Suites | Kauai, Hawaii |
| Point Brown | Ocean Shores, Washington |
| Pono Kai | Kauai, Hawaii |

| | |
|---|---|
| Rancho Bernardo Inn | San Diego, California |
| Rangeley Lake Resort | Rangeley, Massachusetts |
| Rimfire Lodge | Snowshoe, West Virginia |
| Rincon Beach Resort | Anasco, Puerto Rico |
| Rising Bear Lodge | Stratton, Vermont |
| River Club Condominiums | Telluride, Colorado |
| Rivergrass Resort Homes | Ontario, Canada |
| Rosedale on Robson | British Columbia, Canada |
| Royal Caribbean Resort | San Pedro Town, MEXICO |
| Royal Dunes | Hilton Head Island, South Carolina |
| Royal Hideway Playacar Resort | Riviera Maya, MEXICO |
| Royal Kuhio | Oahu, Hawaii |
| Royal Kona Resort | Kailua-Kona, Hawaii |
| RVC at Kona Reef | Big Island, Hawaii |
| RVC's Cimarron Golf Resort | Cathedral City, California |
| RVC's Club Regina Cancun | Cancun, MEXICO |
| RVC's Club Regina Los Cabos | Los Cabos, MEXICO |
| RVC's Club Regina Puerto Vallarta | Puerto Vallarta, MEXICO |
| RVC's The Miners Club | Park City, Utah |
| RVC's The Sandcastle, Birch Bay | Birch Bay, Washington |
| Sirenis Tropical Suites Casino & Aquagames | Dominican Republic, Caribbean |
| San Clemente Cove | San Clemente, California |
| San Luis Bay Inn | Avila Beach, California |
| Scottsdale Camelback | Scottsdale, Arizona |

# NORTH, CENTRAL & SOUTH AMERICA

| RESORT | LOCATION |
|---|---|
| Sea Mountain | Big Island, Hawaii |
| Sea Village | Big Island, Hawaii |
| Sea Villas | New Smyrna Beach, Florida |
| Sedona Springs Resort | Sedona, Arizona |
| Sheraton Carlsbad Resort & Spa | Carlsbad, California |
| Snowbird Lodge | Silver Star Mountain, Canada |
| Solara Resort & Spa | Alberta, Canada |
| Sonesta Resort | Hilton Head Island, South Carolina |
| The Steamboat Grand | Steamboat Springs, Colorado |
| Sunset Lagoon Resort | Cancun, MEXICO |
| Sunset Royal Resort | Cancun, MEXICO |
| Surf & Sand Resort | Laguana Beach, California |
| Tahoe Beach and Ski Club | South Lake Tahoe, California |
| Tahoe Seasons Resort | South Lake Tahoe, California |
| Tamarack & Mirror Lake Resort | Wisconsin Dells, Wisconsin |
| Temecula Creek Inn | Temecula, Californai |
| Teton Club | Jackson, Wyoming |
| Thompson Toronto | Toronto, Cananda |
| Timbers at Island Park | Island Park, Idho |
| Tour de Voyageur | Quebec, Canada |

| | |
|---|---|
| Turtle Reef Club | Jensen Beach, Florida |
| The Carriage House | Las Vegas, Nevada |
| The Jewel at Rockefeller Center | New York, NY |
| The Modern | Waikiki, Hawaii |
| The Pines at Sunriver | Sunriver, Oregon |
| The Ridge Pointe | Stateline, Nevada |
| The Roundhouse Resort | Pinetop, Arizona |
| The Shores | Orange Beach, Alabama |
| The Village at Steamboat Springs | Steamboat Springs, Colorado |
| Washington Park Hotel | Miami Beach, Florida |
| The Westin Trillium Resort | Ontario, Canada |
| Westin Bear Mountain Resort | British Columbia, Canada |
| The Westin Monache Resort | Mammoth Lakes, California |
| The Westin Verasa Napa | Napa, California |
| The World Center Hotel | New York, NY |
| Ucluelet Resort | Ucluelet, Canada |
| Valley Isle | Maui, Hawaii |
| Vancouver Resort | Vancouver, Canada |
| VI at Homestead | Lynden, Washington |
| Village of Loon Mountain | Lincoln, New Hampshire |
| Village Suites | Ontario, Canada |
| Villas at Poco Diablo | Sedona, Arizona |
| Villas of Sedona | Sedona, Arizona |
| Westgate at South Beach | Miami Beach, Florida |
| Zephyr Mountain Lodge | Winter Park, Colorado |
| | |
| Barefoot'n Resort | Kissimmee, Florida |
| Beach Quarters Resort | Virginia Beach, VA |
| Beachwoods Resorts | Kitty Hawk, NC |
| Bell Rock Inn | Sedona, Arizona |
| Bent Creek Golf Village | Gatlinburg, Tennessee |
| Blue Mountain | Mont Tremblant, Canada |
| Boardwalk Resort and Villas | Virginia Beach, VA |
| Bryan's Spanish Cove | Orlando, Florida |
| Cabo Azul Resort | Baja California, MEXICO |
| Cancun Resort | Las Vegas, Nevada |
| Cedar Breaks Lodge and Spa | Brian Head, Utah |
| Charter Club Resort of Naples Bay | Naples, Florida |
| The Cove on Ormond Beach - North Tower | Ormond Beach, Florida |
| The Cove on Ormond Beach - South Tower | Ormond Beach, Florida |
| Crescent Resort on South Beach | Miami Beach, Florida |
| Cypress Pointe Resort | Orlando, Florida |
| Daytona Beach Regency | Daytona Beach, Florida |
| Desert Paradise Resort | Las Vegas, Nevada |
| Flamingo Beach Resort | St. Maarten, Caribbean |
| Grand Beach | Orlando, Florida |
| Grande Villas Resort | Orlando, Florida |
| Greensprings Vacation Resort | Williamsburg, Virginia |

| | |
|---|---|
| The Historic Crags Lodge | Estes Park, Colorado |
| The Historic Powhatan Resort | Williamsburg, Virginia |
| Ka'anapali Beach Club | Maui, Hawaii |
| Kohl's Ranch Lodge | Payson, Arizona |
| Lake Tahoe Vacation Resort | South Lake Tahoe, California |
| Liki Tiki Village | Winter Garden, Florida |
| Los Abrigados Resort and Spa | Sedona, Arizona |
| Marquis Villas Resort | Palm Springs, California |
| Mystic Dunes Resort | Orlando, Florida |
| Oceanaire Resort | Virginia Beach, VA |
| Ocean Beach Club | Virginia Beach, VA |
| Oribt One Vacation | Kissimmee, Florida |
| Palm Canyon Resort | Palm Springs, California |
| Palm Desert | Palm Desert, CA |
| Parkway International Resort | Kissimmee, Florida |
| The Point at Poipu | Kauai, Hawaii |
| Polo Towers Suites | Las Vegas, Nevada |
| Polo Towers Villas | Las Vegas, Nevada |
| Polynesian Isles | Kissimmee, Florida |
| PVC at The Roundhouse Resort | Pinetop, Arizona |
| Rancho Manana | Cavecreek, Arizona |
| The Ridge on Sedona Golf Resort | Sedona, Arizona |
| Riviera Beach & Spa Resort | Capistrano Beach, California |
| Riviera Oaks Resort & Racquet Club | Ramona, California |
| Riviera Shores Resort | Capistrano Beach, California |
| Royal Palm Beach Resort | St. Maarten, Caribbean |
| Sandestin | Sandestin, FL |
| Scottsdale Links Resort | Scottsdale, Arizona |
| Scottsdale Villa Mirage | Scottsdale, Arizona |

# NORTH, CENTRAL & SOUTH AMERICA

| RESORT | LOCATION |
|---|---|
| Sea of Cortez Beach Club | Sonora, MEXICO |
| Sedona Summit | Sedona, Arizona |
| The Suites at Fall Creek | Branson, Missouri |
| Tremblant | Mont Tremblant, Canada |
| Turtle Cay Resort | Virginia Beach, VA |
| Varsity Clubs of America – South Bend | South Bend, Indiana |
| Varsity Clubs of America - Tucson | Tucson, Arizona |
| Villas de Santa Fe | Santa Fe, New Mexico |
| The Villas at Zihua | Zihuatanejo, Mexico |
| Whistler | Whistler, CANADA |
| Zihuatanejo<br>Norwegian Alaska<br>Norwegian Caribbean | Zihuatanejo, Mexico |