UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| DIAMOND RESORTS CORPORATION, a Maryland corporation,<br><br>Plaintiff,<br><br>v.<br><br>MUTUAL RELEASE CORPORATION a/k/a 417 MRC LLC, a Missouri limited liability company; DAN CHUDY, an individual; MATTHEW TUCKER, an individual; JOSEPH DICKLEMAN, an individual; THERESE BROOKE PIAZZA, an individual; NATHANIEL TYLER, an individual; SHEILA WOOD, an individual; CLS, INC. d/b/a ATLAS VACATION REMEDIES and also d/b/a PRINCIPAL TRANSFER GROUP, a Missouri corporation; DONNELLY SNELLEN, an individual; and JASON LEVI HEMINGWAY, an individual,<br><br>Defendants. | Case No.: 6:18-cv-03053-MDH |

**PLAINTIFF/COUNTER-DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT ON
<u>DONNELLY SNELLEN'S FIRST AMENDED COUNTERCLAIM</u>**

Plaintiff/Counter-Defendant, Diamond Resorts Corporation ("Diamond"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, files its Motion for Summary Judgment on Defendant/Counter-Plaintiff Donnelly Snellen's ("Snellen") First Amended Counterclaim [DE 132] ("Amended Counterclaim") as there are no issues of material fact in dispute attendant to the sole claim asserted in the Amended Counterclaim (Abuse of Process), rendering summary judgment in favor of Diamond warranted, as a matter of law.

As discussed in the accompanying Suggestions in Support of this Motion, the Court should grant summary judgment in favor of Diamond on the Abuse of Process claim because Snellen cannot adduce any evidence that Diamond made "an illegal, improper, perverted use of process, a use neither warranted nor authorized by the process." *Trustees of Clayton Terrace Subdivision v. 6 Clayton Terrace, LLC*, 2019 WL 3793761, at *5 (Mo. Aug. 13, 2019). Accordingly, Snellen's claim fails as a matter of law. *See Bigfoot on the Strip, LLC v. Winchester*, 2019 WL 4144318, at * (W.D. Mo. Aug. 30, 2019) (J. Phillips) (granting summary judgment on abuse of process claim where plaintiff could not adduce evidence of improper use of process).

WHEREFORE, Diamond respectfully requests that the Court enter an Order granting summary judgment in favor of Diamond on Snellen's Amended Counterclaim and granting such other and further relief as appropriate.

1

DATED: October 2, 2019

    */s/ Alfred J. Bennington, Jr.*
    **Alfred J. Bennington, Jr., Esq.** *(Pro Hac Vice)*
    Florida Bar No. 404985
    Email: bbennington@shutts.com
    **Glennys Ortega Rubin, Esq. (Pro Hac Vice)**
    Florida Bar No. 556361
    Email: grubin@shutts.com
    **SHUTTS & BOWEN LLP**
    300 South Orange Avenue, Suite 1600
    Orlando, Florida 32801
    Telephone: (407) 835-6755
    Facsimile: (407) 849-7255

    And

    **Daniel J. Barsky, Esq. (Pro Hac Vice)**
    Florida Bar No. 25713
    Email: dbarsky@shutts.com
    **SHUTTS & BOWEN LLP**
    200 South Biscayne Boulevard, Suite 4100
    Miami, Florida 33131
    Telephone: 561-650-8518
    Facsimile: 561-822-5527

    And

    **Jonathan P. Hart, Esq.(Pro Hac Vice)**
    Florida Bar No. 55982
    Email: jhart@shutts.com
    **SHUTTS & BOWEN LLP**
    525 Okeechobee Boulevard, Suite 1100
    West Palm Beach, FL 33401
    Telephone: (561) 835-8500
    Facsimile: (561) 650-8530

    And

    **Neal F. Perryman, #43057MO**
    **Oliver H. Thomas, #60676MO**
    **Michael L. Jente, #62980MO**
    **LEWIS RICE LLC**
    600 Washington Avenue, Suite 2500
    St. Louis, MO 63101
    Telephone: (314) 444-7661
    Facsimile: (314) 612-7661
    nperryman@lewisrice.com
    othomas@lewisrice.com
    *Attorneys for Plaintiff, Diamond Resorts Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of October, 2019, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the Court's CM/ECF filing system, which will serve a copy on:

**Thomas H. Hearne, Esq.**
**HEARNE & PIVAC**
2733 East Battlefield, #301
Springfield, Missouri 65804
Telephone: (417) 883-3399
Facsimile: (844) 422-9713
Email: thhearne@hplawfirm.org
*Attorneys for Mutual Release Corporation d/b/a 417 MRC LLC, Dan Chudy, Matthew Tucker, Joseph Dickleman, Therese Brooke Piazza, Nathaniel Tyler, and Sheila Wood*

**M. Scott Montgomery, Esq.**
**Derrick A. Pearce, Esq.**
**THE MONTGOMERY LAW FIRM, LLC**
901 E. St. Louis St., Ste. 1200
Springfield, MO 65806
Telephone: 417-887-4949
Facsimile: 417-887-8618
Email: scott@montgomerylaw.org
Email: derrick@montgomerynewcomb.com
*Attorneys for Donnelly Snellen and Jason Levi Hemmingway*

/s/ *Alfred J. Bennington, Jr.*
**Alfred J. Bennington, Jr., Esq.**

ORLDOCS 17203810 1