# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| DIAMOND RESORTS CORPORATION, a Maryland corporation, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | Case No.: 6:18-cv-03053-MDH |
| MUTUAL RELEASE CORPORATION a/k/a 417 MRC LLC, a Missouri limited liability company; et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## MOTION TO WITHDRAW AS COUNSEL FOR JASON HEMINGWAY AND DONNELLY SNELLEN

Pursuant to Local Rule 83.2 and pursuant to Federal Rule of Civil Procedure 74(a), M. Scott Montgomery, W. Todd Newcomb, and Derrick A. Pearce of the law firm Montgomery and Newcomb, LLC, hereby move to withdraw as counsel of record for Jason Hemingway and Donnelly Snellen in the above-captioned matter. There is a pending motion filed by Plaintiff, and continued representation by counsel would be incompatible with the Rules of Professional Responsibility.

Respectfully Submitted,

MONTGOMERY AND NEWCOMB, LLC

By: */s/ Derrick A. Pearce*
    M. Scott Montgomery
    Missouri Bar No. 42805
    W. Todd Newcomb
    Missouri Bar No. 52527
    Derrick A. Pearce

Missouri Bar No. 42793
435 E. Walnut St.
Springfield, MO 65806
Phone: 417-890-2667
Fax: 844-468-5468
E-mail: scott@montgomerylaw.org
*Withdrawing Attorneys for Jason Hemingway
and Donnelly Snellen*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon counsel of record via the Court's electronic filing system, to Defendant Jason Hemingway by electronic mail to jasonhemingway@me.com, and to Defendant Donnelly Snellen by electronic mail to donnellysnellen@icloud.com on this 8th day of October, 2019.

    */s/ M. Scott Montgomery*
    M. Scott Montgomery